731 F.2d 280
 36 Fair Empl.Prac.Cas. 1713
 Mary Williams CAZALAS, Plaintiff-Appellant,
v.
UNITED STATES DEPARTMENT OF JUSTICE, William French Smith,
Attorney General of the United States, et al.,
Defendants-Appellees.
 No. 83-3246.
 United States Court of Appeals,
Fifth Circuit.
 May 7, 1984.
 
 Sylvia Roberts, Baton Rouge, La., for plaintiff-appellant.
 Mary Williams Cazalas, pro se.
 Leonard Schaitman, Civil Div., Appellate Staff, Al J. Daniel, Jr., Dept. of Justice, Washington, D.C., for defendants-appellees.
 Appeal from the United States District Court for the Eastern District of Louisiana.
 Before RANDALL, TATE and WILLIAMS, Circuit Judges.
 PER CURIAM:
 
 
 1
 The judgment of the district court is affirmed on the basis of its findings of fact and conclusions of law entered on April 15, 1983. See 569 F.Supp. 213 (E.D.La.1983).
 
 
 2
 AFFIRMED.